UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAROL CUTTING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-00582-JCN |
| | ) |
| DOWN EAST ORTHOPEDIC | ) |
| ASSOCIATES PA | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT

Pursuant to the Order on Defendant's Motion for Summary Judgment entered by U.S. Magistrate Judge John C. Nivison on May 2, 2019,

JUDGMENT is here by entered for defendant Downeast Orthopedic Associates PA and against plaintiff Carol Cutting.

CHRISTA K. BERRY
CLERK

By:   /s/ Michele Mitchell
      Deputy Clerk

Dated: May 2, 2019